UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>        Plaintiff,<br><br>    v.<br><br>PELICAN BAY STATE PRISON,<br><br>        Defendant. | Case No. 24-cv-04518 BLF<br><br>**ORDER OF DISMISSAL** |

On July 26, 2024, Plaintiff, proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983. Dkt. No. 1. Plaintiff also filed a blank motion for leave to proceed *in forma pauperis* ("IFP"). Dkt. No. 2. On the same date, the Clerk sent Plaintiff a notice that IFP application was deficient because it was blank. Dkt. No. 3. Plaintiff was provided with another blank IFP application and postage-paid envelope and advised to respond within twenty-eight days to avoid dismissal. *Id.*

The deadline for responding to the Clerk's notice regarding the deficient IFP application has passed, and Plaintiff has failed to file the necessary document to complete the IFP application or pay the filing fee. *Id.* Accordingly, this action is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: __September 19, 2024__

                                                                _____
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.24\04518Weaver_dis-ifp