UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

        Plaintiff,

v.

PELICAN BAY STATE PRISON,

        Defendant.

Case No. 24-cv-04518 BLF

**JUDGMENT**

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: _September 19, 2024_

        BETH LABSON FREEMAN
        United States District Judge

Judgment
P:\PRO-SE\BLF\CR.24\04518Weaver_judgment